IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

---

**ROBERT BAUM,**                  Civil File No. 12-cv-2203 JAR/JPO

      Plaintiff,

vs.                                              **NOTICE OF DISMISSAL**
                                                                   **WITH PREJUDICE**

**NATIONAL ATTORNEY COLLECTION SERVICES, INC. and ARCHIE R. DONOVAN, an individual,**

      Defendant.

---

**NOTICE IS HEREBY GIVEN** that, pursuant to Fed. R. Civ. P. 41(a)(1)(i), the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

                                                    Respectfully submitted,

Dated: July 3, 2012                      By: /s/ J. Mark Meinhardt
                                                J. Mark Meinhardt, # 20245
                                                9400 Reeds Road, Suite 210
                                                Overland Park, Kansas 66207
                                                Telephone:   (913) 451-9797
                                                Facsimile:    (913) 451-6163
                                                Email:         Mark@meinhardtlaw.com
                                                **ATTORNEY FOR PLAINTIFF**